# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
THIRD AMENDED PLAN

DEBTOR: Julio Soca            JOINT DEBTOR: Marisol Sanchez    CASE NO.: 13-25458-LMI

Last Four Digits of SS#  3423      Last Four Digits of SS# 2605

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 300.00 for months  1  to  60  ;in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00+$775.00 (Motion to Value)=$4,425.00 TOTAL PAID $2,500.00
     Balance Due     $1,925.00 payable $192.50 /month  (Months  1  to  10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE__                    Arrearage on Petition Date  $
Address:_____   Arrears Payment    $_____/month  (Months ____ to ____)
                               Regular Payment   $_____/month  (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing, LLC | Homestead: 790 East 31Street, Hialeah, FL 33013  $230,000.00 | 0 % | $0.00 | None | Strip off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE_____  Total Due     $
           Payable             $_____/month  (Months___ to ___) Regular Payment $

Unsecured Creditors:  Pay $77.50 /month  (Months 1 to 10 ). Pay $270.00 /month  (Months 11 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are paying Americas Servicing Company directly outside the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.            /s/Robert Sanchez, Esq.
Attorney for Debtor                 Attorney for Joint Debtor
Date: 12/05/13                      Date: 12/05/13

LF-31 (rev. 01/08/10)